# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED

2019 JUL 22 AM 11: 34

DEPUTY CLERK ER

Plaintiff: DEVABHAKTUNI MANOGNA

v.

Civil Action No. 3-19CV-1743N

Defendant: CPS, DFPS, HOSPITALS, DASHA BARTON, CHILIA MARTIN, ANITA LAL, KRIS KAT SEAWES, MOHAN KUMAR RAVI, KELSON JAY FISCHER, ARTHUR MURRAY DANCE STUDIO, FIONA IAM PERSIAN MEDIUM, LEBANON RIDGE APARTMENTS, NIVEA LAWERNCE, PRIM ROSE AT LAKE HILL

## COMPLAINT

- I HAVE BEEN ROBBED BY FIO JOHNSON (FIONA IAM PERSIAN MEDIUM) ALONG WITH KELSON JAY FISCHER / KELSON BROOKS.
- I HAVE BEEN HARASSED BY MOHAN KUMAR RAVI SINCE DEC 2002 TILL DATE
- I HAVE BEEN BLACK MAILED AND HARASSED AND RIPPED OF ARTHUR MURRAY DANCE STUDIO
- I HAVE BEEN BLACK MAILED, HARASSED AND DUMPED BY LDS CHURCH MEMBERS - DASHA BARTON, CHILIA MARTIN, ANITA LAL, KRIS KAT SEAWES, IN BEHAVIORAL CENTERS
- I HAVE BEEN USED BY KELSON FISCHER AND LOST 8 MILLION DOLLARS

* Attach additional pages as needed.

Date: 07/22/2019

Signature: D Manogna

Print Name: DEVABHAKTUNI MANOGNA

Address: 2355 LEBANON ROAD, #2107 FRISCO, TEXAS, 75034

City, State, Zip: FRISCO, TEXAS, 75034

Telephone: 469-978-8941

CPS & DFPS KEPT WORKING ON MY CASE WITH WRONG FILE WHICH IS ILLEGAL CASE ON HOSPITAL MAL PRACTICE AND TOOK AWAY MY KIDS WITH OUT PROPER EXPLANATION.

I NEED HELP TO GET MY MONEY BACK, MY LOST MONEY BY WINNING CASES ON HOSPITALS FOR MAL PRACTICE AND MY KIDS BACK.

ARTHUR MURRAY DANCE STUDIO CALLED ME IN JAN 2017 FIRST WEEK AND THREATENED ME SAYING THAT THEY WILL KILL ME & MY KIDS I WENT TO CLASSES THERE FOR A YEAR FROM 12/28/2015 - 12/08/2016.

THEY MADE MOHAN KUMAR RAUT, KELSON JAY FISCHER, FIONA JAM THE PERSIAN MEDIUM, NIVEA LAWRENCE, DASHA BARTON, CHTLIA MARTIN, ANITA LAL TOGETHER KILLED. BY TAKING AWAY ALL MY MONEY & PROPERTY

I GAVE ALL MY FILE TO CPS AGENT ASHLEY GAINES TO HELP ME.

I LOST 9 MILLION DOLLARS. DASHA BARTON PUT ME DOWN ON 01/06/2019 SOON AFTER I BECAME CITIZEN OF AMERICA.

I NEED THAT MONEY BACK TO ME. I ALSO WANT TO SUE THE APARTMENT OFFICE & PRIM ROSE

LAKEHILL TOO. APARTMENT OFFICE COOPERATED WITH DASHA BARTON & HELPING HER TO KILL ME. I WANT TO SUE PRIMROSE LAKEHILL FOR NOT TREATING TRAYEE RAUT & KUSHAL RAUT PROPERLY WHEN I AM SICK.

HOSPITAL NAMES ARE
1. TEXAS PLANO PRESBYTERIAN HOSPITAL ER
2. SEAY BEHAVIORAL CENTER
3. TEXAS SPRING WOOD CENTER
4. MEDICAL CITY OF FRISCO ER
5. MEDICAL CITY OF DALLAS
6. OAKLAND BEHAVIORAL HEALTH
7. BAYLOR HEALTH MEDICAL CENTER FRISCO ER
8. CARROLLTON SPRING WOOD CENTER
9. DALLAS STIGMA CENTER

I NEED MOHAN KUMAR RAUT TO PAY MY MONEY BACK ON HOUSE AND ALSO LOOK-TOOLS THAT HE USED SINCE 2005 - TILL SEPTEMBER 2015 AND ALSO EXTRA MONEY HE GOT ON HOUSE WHEN HE SOLD IT OUT.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MANOGNA DEVABHAI

**DEFENDANTS**
3-19CV-1743N

(b) County of Residence of First Listed Plaintiff: DENTON COUNTY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: DALLAS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**RECEIVED JUL 22 2019**
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
NA (SELF FILING)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [X] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [X] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [X] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [X] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [X] 370 Other Fraud
- [ ] 371 Truth in Lending
- [X] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [X] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: CITIZEN

Brief description of cause: ILLEGAL CASE AGAINST TO MY HEALTH, PROPERTY DAMAGE

## VII. REQUESTED IN COMPLAINT:

[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____