# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____ DIVISION

3-19CV-1743 N — Amendment of existing case — A Terrorist attack on kids

**Plaintiff:** TRAYEE RAO & KUSHAL RAO & MANOGNA DEVABHAKTUNI — KIDS ARE BEING HARASSED BY CPS & Ex-husband by cheating me. I do need to get my kids back.

v.

**Defendant:** AS A US GOVERNMENT, Homeland Security, IRS, NEW YORK LIFE, UBER, FRISCO POLICE DEPARTMENT, ICE TEAM, DEPARTMENT OF FAMILY PROTECTION SERVICES, CONCENTRA, NORTH RICHLAND HILLS HEALTHMARKETS, SELECT MEDICAL HOSPITAL

**Case Number:** 3-19CV-1743 N — Denton county

---

It is a terrorist attack on a family who is nothing but Trayee Rao, Kushal Rao and Manogna devabhaktuni.

It started in Nov 2017 by a manger called Mark Powell, Nirmala Reddy, Alex Kiyabu, Cindy Hernandez and other people around because of me following the religion as Religion of Freedom and also race being indian.

*Attach additional pages as needed

Date: 08/16/2019

Signature: [signature]

Print Name: DEVABHAKTUNI MANOGNA

Address: 2355 LEBANON RD, #2107, FRISCO, TX-75034

City, State, Zip: FRISCO, TEXAS 75034

Telephone: +69-978-4941

There is a sexual harassment done on me in Newyork life by two colleagues in last one year which is very illegal and harassing. The same thing happened in concentra and healthy markets too caused by church, uber, grocery stores for me being more religious and spiritual. Based on here the situation is primrose hill school and Kohan Kumar ravi and cps started killing me and separating my kids and harassing me. Lot of illegal things happened on me for the last 7 days where it lead to colleagues in Newyork life started harassing me too. I am in need of seeing US government for not handling the situations as this situation started on 01/06/2019 soon after I got citizenship on 12/10/2018. Colleagues from Newyork life are David Johnson and William Pearce. I need to sue iphone, android, you tube, google and Kroger too. I need to sue hospitals almost 10 of them along with the drug ones Praveen varalla, Kavitha gingepally, Raj gingepalli, Savitha Marella, Crime investigation centers, Domestic violence care centers

Hospitals in Dallas are feeding drugs to patients illegally and forcebly without following patient rights and patient concerns. Helpers are dressing up illegally. I need to see movie theaters for playing illegal movies like twilight series. I need to sue on New York life for not securing their company as the federal government seals and force level county courts for not helping two innocent kids.

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 40728091

*Personal description of holder as of date of naturalization:*

USCIS Registration No. A087354501

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Sex: **FEMALE**
Date of birth: **JULY 06, 1979**
Height: **5 feet 5 inches**
Marital status: **DIVORCED**
Country of former nationality:
**INDIA**



(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

at: **IRVING, TEXAS**

*The Secretary having found that:*

**MANOGNA DEVABHAKTUNI**

residing at: **FRISCO, TEXAS**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

at: **IRVING, TEXAS** on: **DECEMBER 10, 2018**

*such person is admitted as a citizen of the United States of America.*



U. S. Citizenship and Immigration Services



DEPARTMENT OF HOMELAND SECURITY

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

FORM N-550 (REV. 10/17)

# CERTIFICATION OF VITAL RECORD

**STATE OF TEXAS** — **CERTIFICATE OF BIRTH** — BIRTH NUMBER

| Field | Value |
|---|---|
| 1. Child's Name (First / Middle / Last / Suffix) | TRAYEE / / RAVI |
| 2. Date of Birth (mm/dd/yyyy) | 03/18/2011 |
| 3. Sex | FEMALE |
| 4a. Place of Birth - County | COLLIN |
| 4b. City or Town | PLANO |
| 5. Time of Birth | 10:12 AM |
| 6a. Plurality | SINGLE |
| 6b. If Plural Birth, Born 1st, 2nd, 3rd, etc. | |
| 7a. Place of birth | ☒ Hospital |
| 7b. Name of Hospital or Birthing Center | PRESBYTERIAN HOSPITAL OF PLANO |
| 8a. Attendant's Name, NPI, and Mailing Address | ALVIN GEBERT, 1600 COIT ROAD STE.210 PLANO, TEXAS 75075 |
| 8b. | ☒ MD |
| 9a. Certifier | DIANA NAVARRO — 03/20/2011 |
| 9b. | ☒ Facility Administrator / Designee |
| 10. Mother's Name Prior to First Marriage | MANOGNA / / DEVABHAKTUNI |
| 11. Date of Birth | 07/06/1979 |
| 12. Birthplace | INDIA |
| 13a. Residence - State | TEXAS |
| 13b. County | DENTON |
| 13c. City | FRISCO |
| 13d. Street Address | 12409 PLEASANT HILL LANE |
| 13e. Zip Code | 75034 |
| 13f. Inside City Limits | ☒ Yes |
| 14. Mailing Address | ☒ Same As Residence |
| 15. Father's Name | MOHAN / KUMAR / RAVI |
| 16. Date of Birth | 08/23/1977 |
| 17. Birthplace | INDIA |
| 18a. Local File Number | 07-2392 |
| 18b. Date Received by Local Registrar | 03/22/2011 |
| 18c. Signature of Local Registrar | (signed) Stacey Kemp |

VS-111.3 REV 01/05 WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $5,000. 075955

State Of Texas
County of Collin

I hereby certify that the foregoing is a true and correct copy of the original record as filed in this office.

Issued: April 11, 2016
By: (signed) Patricia Crowder, Deputy
Stacey Kemp, County Clerk
Collin County, Texas

365749




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# CERTIFICATION OF VITAL RECORD

**STATE OF TEXAS — CERTIFICATE OF BIRTH**

| Field | Value |
|---|---|
| 1. Child's Name (First / Middle / Last / Suffix) | KUSHAL / / RAVI / |
| 2. Date of Birth (mm/dd/yyyy) | 11/21/2013 |
| 3. Sex | MALE |
| 4a. Place of Birth - County | COLLIN |
| 4b. City or Town | PLANO |
| 5. Time of Birth | 02:11 AM |
| 5a. Plurality | SINGLE |
| 6b. If Plural Birth, Born 1st, 2nd, 3rd, etc. | |
| 7a. Place of birth | ☒ Hospital |
| 7b. Name of Hospital or Birthing Center | PRESBYTERIAN HOSPITAL OF PLANO |
| 8a. Attendant's Name, NPI, and Mailing Address | ALVIN GEBERT, 1600 COIT ROAD STE.210 PLANO, TEXAS 75075 |
| 8b. | ☒ MD |
| 9a. Certifier | LORETHER DENNIS |
| Date Signed | 11/23/2013 |
| 9b. | ☒ Other (Specify): BIRTH REGISTRY |
| 10. Mother's Name Prior to First Marriage | MANOGNA / / DEVABHAKTUNI |
| 11. Date of Birth | 07/06/1979 |
| 12. Birthplace | INDIA |
| 13a. Residence - State | TEXAS |
| 13b. County | DENTON |
| 13c. City, Town or Location | FRISCO |
| 13d. Street Address | 12409 PLEASANT HILL LANE |
| 13e. Zip Code | 75033 |
| 13f. Inside City Limits | ☒ Yes |
| 14. Mailing Address | ☒ Same As Residence |
| 15. Father's Name | MOHAN / KUMAR / RAVI |
| 16. Date of Birth | 08/23/1977 |
| 17. Birthplace | INDIA |
| 18a. Local File Number | 0712431 |
| 18b. Date Received by Local Registrar | 11/27/2013 |
| 18c. Signature of Local Registrar | Stacey Kemp |

VS-111.3 REV. 01/05: WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $5,000. 350230

**State Of Texas**
**County of Collin**

I hereby certify that the foregoing is a true and correct copy of the original record as filed in this office.

Issued: April 11, 2016
By: Patricia Crosswhite, Deputy
Stacey Kemp, County Clerk
Collin County, Texas

365748




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Terrorist Attack on Trayvee Ravi Keyhal Ravi for following freedom of religion

**DEFENDANTS**
US Government helping one accused theory falsely, Homeland Security, US government

**(b)** County of Residence of First Listed Plaintiff: Collin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: US government
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [X] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [X] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [X] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [X] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**
**PERSONAL INJURY**
- [X] 310 Airplane
- [ ] 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- [X] 330 Federal Employers' Liability
- [X] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [X] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [X] 365 Personal Injury - Product Liability
- [X] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [X] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [X] 370 Other Fraud
- [ ] 371 Truth in Lending
- [X] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

Homelands

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [X] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [X] 442 Employment
- [X] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

Freedom of religion

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [X] 530 General
- [X] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [X] 550 Civil Rights
- [X] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [X] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [X] 710 Fair Labor Standards Act
- [X] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [X] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [X] 462 Naturalization Application
- [X] 465 Other Immigration Actions

**BANKRUPTCY**
- [X] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [X] 410 Antitrust
- [X] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [X] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [X] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
CITIZEN OF UNITED STATES OF AMERICA
Brief description of cause:
TERRORIST ATTACK ON KIDS WHO ARE 8 YEARS OLD

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____