# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**ORIGINAL**

AMENDED COMPLIANT

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 AUG 29 PM 12: 45
DEPUTY CLERK ___

**Plaintiff:** MANOGNA DEVABHAKTUNI

v.

**Civil Action No.:** 3-19CV-1743 N

**Defendant:** DOMESTIC VIOLENCE CASE CENTERs, NEWYORK LIFE, UBER, EXCELSIOR ACADEMY, FRISCO POLICE DEPARTMENT, KRISTEN STEWART, U.S. DEPARTMENT OF HOMELAND SECURITY, BESTBY, CONCENTRA, HEALTH MARKETS, GIRI NIDUMOLU, SRIDEVI CARROLLTON BEHAV AL CENTER, APPLE, ANDROID COMPLAINT GMAIL, BEST BUY, KAVITHA GINJUPALLI, SARITHA MARELLA

- ITS A TERRIOST ATTACK HAPPENED ON MANOGNA DEVABHAKTUNI, TRAYEE RAVI, KUSHAL RAVI BY PEOPLE AROUND ONCE SHE BECAME CITIZEN ON 12/10/2018

- BECAUSE OF RELIGION AND SPIRITUAL PATH I AM FOLLOWING BASED ON FREEDOM OF RELIGION AND I AM AN INDIAN AND BECAME AMERICAN AND FOLLOWING LDS CHURCH.

- There is sexual harassment done on me in New York life by 3 colleagues IN NEW YORK LIFE

*Attach additional pages as needed.

Date: 08/29/2019
Signature: Manogna
Print Name: MANOGNA DEVA BHAKTUNI
Address: 2355 LEBANON RD #2107
City, State, Zip: FRISCO, TEXAS, 75034
Telephone: 469-925-1941

DEFENDANT - EXCELSIOR ACADEMY
- FRISCO POLICE DEPARTMENT
- KRISTEN STEWART
- U.S. DEPARTMENT OF HOMELAND SECURITY
- BEST BUY
- CONCENTRA
- GORI NIDUMOLU
- KAVITHA GINJUPALLI
- RAJ GINJUPALLI
- SARITHA MARELLA
- PRAVEEN MARELLA
- YOU TUBE
- ANDROID
- APPLE
- DOMESTIC VIOLENCE CASE CENTERS
- NEW YORK LIFE COMPANY
- MOHAN K BAVI
- CPS - CARROLLTON, TX
- CPS - LEWISVILLE, TX
- DFPS - LEWISVILLE, TX
- DASHA BARTON
- CHELSEA MARTIN
- ANITA LAL
- KROGER AT LEBANON AND LEGACY
- CARE FLITE
- ADVOCACY CENTER

- KRIS KATSEANES
- MOHAN KUMAR RAUT
- KELSON JAY FISCHER
- ARTHUR MURRAY DANCE STUDIO PLANO
- DAN KELLEY
- CHARLIE DEE
- FIO JOHNSON (FIONA IAM PERSIAN MEDIUM)
- LEBANON RIDGE APARTMENTS
- NIVEA LAWERNCE
- PRIMROSE AT LAKE HILL, FRISCO, TEXAS
- TEXAS PLANO PRESBYTERIAN HOSPITAL ER
- SEAY BEHAVIORAL CENTER
- TEXAS SPRING WOOD CENTER
- MEDICAL CITY OF FRISCO ER
- OAKLAND BEHAVIORAL HEALTH
- BAYLOR HEALTH MEDICAL CENTER FRISCO ER
- CARROLLTON SPRING WOOD CENTER
- MARK ROWELL
- ALEX KIYABU
- NIRMALA MULA
- CINDY HERNANDEZ
- ICE TEAM
- DENTON COUNTY COURT
- WILLIAM PEARCE
- DAVID JOHNSON
- DALLAS SIGMA CENTER