# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

19 SEP 11 PM 12: 53

DEPUTY CLERK _M___

**Plaintiff:** MANOGNA DEVABHAKTUNI

ADD THE LIST TO THE EXISTING COMPLIANT

**v.** HYATT REGENCY IN DFW AIRPORT, DART POLICE, SURPANENI SUBHAKAR, SURPANENI APPARAO, SURPANENI JAMUNA, DEVABHAKTUNI CHITTARANJAN, DEVABHAKTUNI NIRMALA RATNAKUMARI, PARK WOOD HOSPITALS, ARLINGTON HOSPITAL, SOUTH WESTERN HOSPITALS, SHERRY SUTHER, DENTON GAS STATIONS

(knowing into US from India & Karnataka)

**Civil Action No.** 3:19-CV-01743-N-BT

## COMPLAINT

- HYATT A REGENCY IN DFW AIRPORT C TERMINAL CHARGED $290.00 per night and didn't give me proper care and treatment. Their rooms are smelling doctor drugs and also food is filled with flies along with their rest rooms and concealed stoves. The room outlets & lights are not working properly. Their coat closet has some opening where some one can knock in when someone is sleeping and I can tell that it is not safe.

\* Attach additional pages as needed.

Date: 09/11/2019

Signature: D Manogna

Print Name: D. MANOGNA (MANOGNA DEVABHAKTUNI)

Address: NO ADDRESS AS NO PLACE TO LIVE IN USA

City, State, Zip: BASED ON WHAT CHURCH AND HOSPITALS AND

Telephone: OTHER FAMILIES DID TO ME & MY KIDS AFTER I BECAME CITIZEN.

VIOLATOR'S COPY

**DART POLICE**  Service # _____  Related Citation # _____  Warning Citation ☐  CITATION # **5430927**

State of Texas County: Dallas

(Please Print)
Defendant Name: _____ last _____ first _____
Address: _____ Phone #: _____
City, State & Zip: _____
Employer: _____
Address: _____ City, State & Zip: _____ Social Security #: _____ Phone #: _____

Driver's License #/State _____  D.O.B. 07/__/7_
Race BF  Sex F  Height 5'5"  Weight ___  Hair B4?  Eyes B

Location of Offense: _____

Date of Offense: 9-7-14   Time of Offense: 1:35  A.M./P.M.

You are hereby charged with the violation of Fare Evasion:
☒ LRT  ☐ TRE  ☐ BUS   Vehicle # 62
Direction: ☐ NB  ☒ SB  ☐ EB  ☐ WB
Route: ☐ Red Line  ☐ Blue Line  ☐ Green Line  ☒ Orange Line  ☐ Other
☒ No Fare  ☐ Invalid Fare

Signature & ID #: C Martinez #9141

**NOTICE TO APPEAR**
In Justice of the Peace Court Pct. ___ Pl. ___
On or before (Date) 11-5-, 20 14  At 10 A.M./P.M.

Without admitting guilt, I promise to appear as directed above. My rights have been explained as stated on the back of my copy of this citation.
☐ Juvenile - I promise to appear in court with parent(s) or guardian.

X _____ Defendant's Signature

READ INSTRUCTIONS ON REVERSE SIDE