# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## _____ DIVISION

FILED
2019 DEC -6 PM 4:08

DEPUTY CLERK _____

DEVABHAKTUNI MANOGNA
Plaintiff

v.                                         3:19-CV-01743-N-BT
                                              Case Number

DAVID JOHNSON
Defendant

MOTION - ORDER - DO NOT LET DAVID JOHNSON LEAVE IN THE FIRST APPEARENCE ITSSELF UNLESS HE SURRENDER EVERY THING TO ME "MANOGNA DEVABHAKTUNI"
- HE HARASSED ME TO DATE HIM AND BE WITH HIM ONLY WITHOUT GOING WITH ANY OTHER MAN.
HE HARASSED ME IN AUGUST 2018
- HE HARASSED ME SEXUALLY IN JAN 2019 BY TAKING MY CELL PHONE FROM MY HANDS FORCEFULLY
- HE ALSO HARASSED ME TO QUIT THE JOB WITHOUT HELPING ME. ALSO HE IS PART OF MY MURDER ON 01/06/2019 AS ON 01/05/2019 HE EXPRESSED TO ME DIRECTLY WHEN I MET HIM ACCIDENTLY IN

*Attach additional pages as needed   BUSINESS

Date        12/06/2019
Signature   DTC-Manogna
Print Name  D. MANOGNA
Address     _____
City, State, Zip _____
Telephone   _____

PTO

ITS MUST AND SHOULD FOR DAVID JOHNSON TO SURRENDER HIMSELF, HIS WIFE PROPERTY, HIS FAMILY HIS JOB, HER JOB, HIS & HER SAVING IN BANK AND IN LIFE INSURANCE PRODUCTS THAT ARE THERE ANY WHERE IN ANY COMPANIES AND IN ANY COUNTRIES