# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

2019 DEC 10 PM 1:30

DEPUTY CLERK _____

**Plaintiff:** DEVARHAKTUNI MANOGNA

v.

**Case Number:** 3:19-CV-01743-N-BT

**Defendant:** EXCELSIOR ACADEMY (UTAH)

SUMMON SERVED

MOTION-ORDER-EXCELSIOR ACADEMY - MUST AND SHOULD SURRENDER THEM SELVES & KELSON JAY FISCHER & THEIR OWNERSHIP TO ME AS THEY HIRED ILLEGAL RESOURCE "KELSON JAY FISCHER" WHO IS CRIMINAL, SEXUAL OFFENDER OF STUDENTS AND ALSO DRUG ABUSER. I DO REMEMBER HIM TELLING ME HE USES DRUGS TO HARASS STUDENTS TO FALL IN LOVE WITH HIM TO LOOT THE MONEY FROM THEM.

*Attach additional pages as needed

Date: 12/10/2019

Signature: DTManogna

Print Name: D. MANOGNA

Address: ____

City, State, Zip: ____

Telephone: ____