# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**Plaintiff:** DEVABHAKTUNI MANOGNA

v.

**Case Number:** 3:19-CV-1743-N-BT

**Defendant:** HEALTH MARKETS, RUTHERFORD REBECCA, DAVID C GODBEY

MOTION- NEED COURT TO GET HEALTH MARKETS TO SURRENDER TO ME. ITS MUST AND SHOULD. I ALREADY CLARIFIED THE REASON WHY I OPENED CASE AGAINST HEALTH MARKETS. THERE ARE SEXUAL HARASSMENTS AND MENTAL AND PHYSICAL HARASSMENTS BY COLLEAGUES WHEN I WAS WORKING THERE. I NEED THE COMPANY TO SURRENDER TO ME ABOUT WHAT HAPPENED TO ME. GOPI NIDUMOLU HIT ME AND HARASSED ME AND I COULDN'T COMPLAIN. OTHERS ALSO HARASSED ME AFTER HE DID.

*Attach additional pages as needed

**Date:** 12/27/2019
**Signature:** DManogna
**Print Name:** D. MANOGNA
**Address:** 1818 CORSICANA ST
**City, State, Zip:** DALLAS, TX, 75201
**Telephone:** N/A