# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____ DIVISION

2020 FEB -4 AM 10:31

DEPUTY CLERK _____

**Plaintiff:** DEVABHAKTUNI MANOGNA

**v.**

**Case Number:** 3:19-CV-01743-N-BT

**Defendant:** KEN PAXTON, JEFFREY C MATTER, DARREN L. MCCARTY, THOMAS A. AL BRIGHT, TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

## MOTION - NOT TO DISMISS DFPS

Its court order to get my kids back as DFPS took away my kids unnecessarily without no reason after I opened the case for prostitution happened on my kids "TRAYEE RAVI" AND "KUSHAL RAVI" starting from 01/06/2019 - 02/04/2019 and the case I opened is on 02/05/2019

*Attach additional pages as needed

**Date:** 02/04/2020

**Signature:** D Manogna

**Print Name:** D. MANOGNA

**Address:** _____

**City, State, Zip:** DALLAS, TEXAS

**Telephone:** _____